**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNICO AMERICAN CORPORATION, and | ) | |
| CRUSADER INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  06-CV-231 |
| v. | ) | Judge Blanche Manning |
| | ) | Magistrate Judge |
| | ) | Arlander Keys |
| CRUSADER CAPTIVE SERVICES LLC, and | ) | |
| BRYN MAWR MANAGEMENT SERVICES LLC | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41, Fed. R. Civ. Proc., Plaintiffs, Unico American Corporation and Crusader Insurance Company (collectively, "Plaintiffs"), and Defendants, Crusader Captive Services LLC and Bryn Mawr Management Services LLC, (collectively, "Defendants"), jointly move to dismiss this case with prejudice.

Each party shall bear its own costs and attorneys' fees.

The parties have separately entered into a confidential Settlement Agreement.

| | |
|---|---|
| UNICO AMERICAN CORPORATION, and CRUSADER INSURANCE COMPANY | CRUSADER CAPTIVE SERVICES LLC and BRYN MAWR MANAGEMENT SERVICES LLC |
| By their counsel, | By their counsel, |
| /s/Mark K. Suri/ | /s/James A. Morsch |
| Mark K. Suri #6199636 | James A. Morsch #6209558 |
| Eric H. Weimers #6205977 | Kevin J. Mueller #6285298 |
| Ryndak & Suri | Butler Rubin Saltarelli & Boyd LLP |
| 200 West Madison Street, Suite 2100 | 70 West Madison Street, Suite 1800 |
| Chicago, Illinois 60602 | Chicago, IL 60602 |
| Tel: 312-214-7770 | Tel: 312-444-9660 |
| Fax: 312-214-7715 | Fax: 312-444-9287 |
| September 27, 2007 | September 27, 2007 |

1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on September 27, 2007, he caused this NOTICE OF DISMISSAL WITH PREJUDICE to be served electronically on the attorneys listed below via U.S. District Court CM/ECF e-filing system:

> James A. Morsch, Esq.
> Kevin J. Mueller, Esq.
> Butler Rubin Saltarelli & Boyd LLP
> 70 West Madison Street
> Suite 1800
> Chicago, IL 60602

> /s/Mark K. Suri/
> Mark K. Suri

2