# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 231 | **DATE** | 10/5/2007 |
| **CASE TITLE** | Unico American Corp, et al. Vs. Crusader Captive Services LLC, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41, this case is dismissed with prejudice and without costs. Parties are reminded that documents #96 and #101 are filed under seal and that an appropriate motions should be filed to retrieve them. Otherwise they become subject to public record.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|